MARTHA A. SMITH, Respondent, v. SAFETY
FUND INSURANCE SOCIETY, Appellant.

St. Louis Court of Appeals, April 28, 1903.

Practice, Appellate: MOTION FOR NEW TRIAL OVERRULED, NO
EXCEPTIONS SAVED: JUDGMENT AFFIRMED. The verdict
and judgment having been for plaintiff, and defendant's motions
for new trial and judgment in arrest having been overruled and
no exceptions saved thereto by bill of exceptions, they must stand
for the reason that there is nothing before the court for review.

Appeal from Pike Circuit Court.—*Hon. David H. Eby,*
Judge.

AFFIRMED.

*George W. Emerson* and *H. D. Agnew* for appel-
lant.

*Dempsey & McGinnis* for respondent.

REYBURN, J.—Plaintiff, widow of Oliver ·P.
Smith, formerly a resident of Pike county, Missouri, as
beneficiary therein, brought this action upon an insur-
ance certificate issued on the first of April, 1901, upon
the life of her deceased husband, by defendant, a cor-
poration organized under the laws of the State of New
York. A trial before the judge and a jury in the cir-
cuit court of Pike county terminated in a verdict for
the plaintiff, and defendant has appealed.

The bill of exceptions reveals that defendant filed
motions for new trial and in arrest of judgment in due
time which were properly continued by the court to the
ensuing term and then overruled, but the bill of excep-
tions does not disclose that defendant preserved any
exceptions to the action of the circuit court in overruling

such motions, and under the rule so well established and so frequently announced, the defendant, by its failure to except to such rulings of the court and to save its exceptions thereto, must be deemed to have waived any possible objections thereto; no examination can be had of alleged trial errors and there is nothing before this court for review except the record proper. State v. Weinegard, 168 Mo. 490; Casler v. Chase, 160 Mo. 418; State v. Murray, 126 Mo. 526; Abbott v. Gillum, 146 Mo. 176; Taylor v. Switzler, 110 Mo. 410; Bank Note & Lith. Co. v. Fennimore Ass'n., 84 Mo. App. 228.

We find no error manifest on the face of the record, and the judgment is affirmed. *Bland, P. J.,* and *Goode, J.,* concur.